No. 8630.

BOWEN ET AL. v. BRAGUNIER.

From the Carroll Circuit Court.

L. E. McReynolds, J. W. Gordon, R. N. Lamb and S. M. Shepard, for appellants.

NIBLACK, J.—This action grew out of the same transaction, and rests upon substantially the same facts as those set forth in the case of Bowen v. Bragunier, post, p. 558. The questions discussed and the conclusions reached in that case are, therefore, applicable to and decisive of the controlling questions presented in this, and, upon the authority of that case, the proceedings appealed from in this case will have to be reversed.

The order setting aside the default of Bragunier, and the judgment modifying the judgment and decree rendered in the original action, are, consequently, both reversed, with costs, and the cause is remanded for further proceedings.

---

No. 8936.

THE CITY OF LAFAYETTE v. ROSE.

From the Tippecanoe Circuit Court.

J. A. Stein, R. P. Davidson and J. C. Davidson, for appellant.

W. C. Wilson and J. H. Adams, for appellee.

ELLIOTT, J.—This case is reversed upon the authority of the cases of Faulkner v. City of Aurora, 85 Ind. 130, and City of Lafayette v. Timberlake, ante, p. 330.